

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-15-00455-CR

Style:      Darryl Dwayne Evans

**v.** The State of Texas

Date motion filed*:      October 13, 2015

Type of motion:      Motion to extend time to file reporter's record

Party filing motion:      Court reporter

Document to be filed:      Reporter's record

Is appeal accelerated?      No

If motion to extend time:

    Original due date:      August 10, 2015

    Number of previous extensions granted:      2      Current Due date: October 12, 2015

    Date Requested:      October 31, 2015

Ordered that motion is:

    ☑    **Granted**

        If document is to be filed, document due:  **November 2, 2015**

        ☐    The Court will not grant additional motions to extend time absent extraordinary circumstances.

    ☐    Denied

    ☑    Dismissed (moot)

    ☐    Other: _____

Judge's signature:   /s/ Russell Lloyd
        ☑ Acting individually    ☐ Acting for the Court

Date: October 20, 2015